# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA et al., ) ) ) Plaintiffs, ) ) vs. ) ) U.S. GENERAL SERVICES ADMINISTRATION et al., ) ) ) Defendants. ) ) | 3:13-cv-00189-RCJ-VPC **ORDER** |

This case arises out of Plaintiffs' desire to assemble in front of the Bruce R. Thompson Federal Building in Reno, Nevada. One year ago, the Court granted a motion to dismiss, with leave to amend, but the Court denied a separate motion to amend because the proposed amendment attached thereto would not have cured the deficiencies in the Complaint. Plaintiffs have yet filed no proposed amendment. The Court hereby gives notice that it intends to dismiss the Complaint with prejudice for failure to comply with the Court's order if no proposed amended complaint is filed within seven (7) days of the entry of this Order into the electronic docket.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiffs shall FILE an amended version of the complaint within seven (7) days of the entry of this Order into the electronic docket or the case will be dismissed with prejudice under Rule 41(b).

IT IS SO ORDERED.

Dated this 2nd day of January, 2015.

_____
ROBERT C. JONES
United States District Judge