**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA et al., | ) ) ) | |
| Plaintiffs, | ) ) | 3:13-cv-00189-RCJ-VPC |
| vs. | ) ) | |
| U.S. GENERAL SERVICES ADMINISTRATION et al., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This case arises out of Plaintiffs' desire to assemble in front of the Bruce R. Thompson Federal Building in Reno, Nevada. One year ago, the Court granted a motion to dismiss, with leave to amend. One week ago, the Court gave notice that it intended to dismiss the Complaint with prejudice for failure to comply with the Court's order if no proposed amended complaint were filed within seven days. Plaintiffs have filed a notice of dismissal without prejudice under Rule 41(a)(1)(A)(i). (*See* ECF No. 20). Although entered into the electronic docket as a motion, the dismissal was effective when filed, because no Defendant had yet answered or filed any motion for summary judgment.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge